**Order entered February 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01428-CV

### ENNIS REGIONAL MEDICAL CENTER, ET AL., Appellants

### V.

### BRENDA CRENSHAW, ET AL, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-07250**

## ORDER

We **GRANT** the February 15, 2013 motion of appellants, Ennis Regional Medical Center and Peter Anthony Evenbly, R.N., for an extension of time to file a reply brief. We **ORDER** the reply brief tendered to this Court on February 15, 2013 filed as of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE